UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., | |
| Plaintiff, | 20-CV-9729 (JPO) |
| | 19-CV-6259 (JPO) |
| -v- | 19-CV-11001 (JPO) |
| PHYLLIS FRANK & EMILY ROSEN, | |
| Defendants. | ORDER |

AETNA LIFE INSURANCE
COMPANY,
                              Plaintiff,

                 -v-

PHYLLIS FRANK & EMILY ROSEN,
                              Defendants.

MICHAEL O'CONNOR,
                              Plaintiff,

                 -v-

PHYLLIS FRANK & EMILY ROSEN,
                              Defendants.

J. PAUL OETKEN, District Judge:

The parties' joint motion to consolidate these three cases is hereby GRANTED.

To ensure that all parties have adequate time to conduct discovery, all forthcoming deadlines are hereby extended for 60 days.

The parties shall file a joint status letter within seven days after the new discovery deadline.

The Clerk of Court is directed to update the docket accordingly and to close the following

motions:

Dkt. No. 21 (19-CV-10011)

Dkt. No. 34 (19-CV-6259)

Dkt. No. 10 (20-CV-9729)

SO ORDERED.

Dated: February 1, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge