UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AETNA LIFE INSURANCE
COMPANY,

                                   Plaintiff,

                    -v-

PHYLLIS FRANK & EMILY ROSEN,
                                   Defendants.

---

MICHAEL O'CONNOR,
                                   Plaintiff,

                    -v-

PHYLLIS FRANK & EMILY ROSEN,
                                   Defendants.

---

UBS FINANCIAL SERVICES INC.,
                                   Plaintiff,

                    -v-

PHYLLIS FRANK & EMILY ROSEN,
                                   Defendants.

19-CV-6259 (JPO)

19-CV-11001 (JPO)

20-CV-9729 (JPO)

ORDER

        These three cases have been consolidated.  Accordingly, ALL further filings shall be

made in the main case, 19-cv-6259, and any pertinent filings will be deemed filed in the pertinent

member case.  Within 7 days, counsel for all parties in 19-cv-11001 and 20-cv-9729 shall file an

appearance in 19-cv-6259.

        SO ORDERED.

Dated: April 14, 2021
        New York, New York

_____
            J. PAUL OETKEN
        United States District Judge