UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**AETNA LIFE INSURANCE**
**COMPANY et. al.**,                                     19-cv-6259 (JPO)
                                                          19-cv-11001 (JPO)
                                  Plaintiff,              20-cv-9729 (JPO)

vs.

                                                          **ORDER**

**PHYLLIS FRANK and EMILY ROSEN**,

                                  Defendants.

_____

The above-captioned interpleader actions having come before this Court on motions for

summary judgment filed by defendant Phyllis Frank and defendant Emily Rosen, and this Court

having issued a March 22, 2022 Opinion and Order that "directs the Clerk of Court to disburse

the entire life insurance death benefit and 401k plan proceeds on deposit with the Court to

Phyllis Frank."

It is NOW, on this _23rd_ day of __March___, 2022,

ORDERED that the Court's registry shall, upon receipt of this order, issue a check

payable to "Eric Dinnocenzo, as Attorney for Phyllis Frank," in the full amount deposited with

the Court plus any accrued interest in Case Number 19-cv-6259 (JPO) and 19-cv-11001 (JPO),

and shall mail the check to Law Offices of Eric Dinnocenzo, 469 Seventh Avenue, Suite 1215,

New York, NY 10018.

_____
J. PAUL OETKEN
United States District Judge